Chung N. Phang
Law Offices of Chung N. Phang
405 14th Street, Suite 1615
Oakland, CA 94612
Tel:   (510) 986-8899
Fax:   (510) 986-5486

ATTORNEY FOR PLAINTIFFS



GRANTED
Judge Maria-Elena James

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OO, Htun Myat (A089-302-697)<br>NWE, Tin Tin<br>OO, Myat Thi Han<br><br>:<br>Plaintiffs, :<br>:<br><br>v. :<br><br><br>ALEJANDRO MAYORKAS, in his official capacity Director, U.S.C.I.S.<br>U.S. Dept. of Homeland Security;<br>JANET NAPOLITANO, in her official capacity, Secretary, U.S. Dept. of Homeland Security;<br>ERIC H. HOLDER, JR., in his official capacity, Attorney General, U.S. Dept. of Justice;<br>LARRY M. DINGER, in his official capacity, Consul General of the United States in Rangoon, Burma; MARILYN P. WILES, in her official capacity, Director, USCIS Nebraska Service Center<br><br>Defendants | Case No.  C10-05461<br><br>**MOTION TO WITHDRAW COMPLAINT**<br><br>IMMIGRATION MANDAMUS CASE |

1

COME NOW Htun Myat OO (Mr. Oo), Tin Tin NWE, and Myat Thi Han OO, Plaintiffs in the above-styled and numbered case.

1. This was a civil action brought pursuant to 28 U.S.C. §1331, and 28 U.S.C. §1361, to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendants to perform a duty Defendants owe to Plaintiffs.

2. This action was brought against the Defendants to compel action on two I-730 Asylee Relative Petitions filed with the Defendants by Plaintiffs.

3. Because Defendants have approved said I-730 Petitions on December 7, 2010, Plaintiffs now seek to withdraw their complaint.

## **PRAYER**

4. WHEREFORE, in view of the actions taken by Defendants, Plaintiffs respectfully pray that Court enter an order dismissing their complaint.

Respectfully submitted,


_____/s/ Chung N. Phang\_\_          Date: 12/15/10

Chung N. Phang, Esq.

CERTIFICATE OF SERVICE

On  \_\_\_\_12/15/10\_\_, I,  \_\_\_\_\_Chung N. Phang_____, the undersigned, served the within:

**Immigration Mandamus Case – Motion to Withdraw Complaint**

on each person/entity listed below addressed, by certified mail, as follows:

| | |
|---|---|
| Alejandro Mayorkas<br>Director, USCIS<br>Office of the General Counsel<br>US Dept. of Homeland Security<br>Washington, DC 20528 | Marilyn P. Wiles – Director<br>USCIS Nebraska Service Center<br>850 S St.<br>Lincoln, NE 68508-1225 |
| Janet Napolitano, Secretary<br>U.S. Dept. of Homeland Security<br>Office of the General Counsel<br>US Dept. of Homeland Security<br>Washington, DC 20528 | Larry M. Dinger<br>Consul General<br>AMEMB Box B<br>APO AP 96546 |
| Eric H. Holder, Jr.<br>Attorney General<br>US Dept. of Justice<br>Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | United States Attorney<br>Northern District of California<br>450 Golden Gate Avenue, 950<br>Box 36055<br>San Francisco, CA 94102 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  \_\_12/15/10_____, at Oakland, CA.


_____/s/ Chung N. Phang_____
Chung N. Phang, Esq.
Law Offices of Chung N. Phang